# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| LEROY JACKSON, on behalf of himself and all others similarly situated, ) ) ) Plaintiff, ) ) vs. ) ) FIRE OF BRAZIL II, LLC d/b/a ) JALAPENO CHARLIE'S, ) ) Defendant. ) ) ) | Civil Action Number: 1:14-cv-00174-TWT |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Leroy Jackson and Defendant Fire of Brazil II, LLC, by and through their undersigned counsel of record, hereby stipulate and agree to the dismissal with prejudice of Defendant Fire of Brazil II, LLC from the above-captioned action. Except as otherwise agreed between the parties, each party shall bear its own attorneys' fees and costs.

Respectfully submitted this 26 day of November, 2014.

| | |
|---|---|
| **BARRETT & FARAHANY, LLP** | **ELARBEE, THOMPSON, SAPP & WILSON, LLP** |
| *s/ Benjamin F. Barrett*<br>Benjamin F. Barrett<br>Georgia Bar No. 039586 | *s/ Stanford G. Wilson*<br>Stanford G. Wilson<br>Georgia Bar No. 769175 |
| *s/ Amanda A. Farahany*<br>Amanda A. Farahany<br>Georgia Bar No. 646135 | *s/ Laura R. Anthony*<br>Laura R. Anthony<br>Georgia Bar No. 158667 |
| *s/ Abigail J. Larimer*<br>Abigail J. Larimer<br>Georgia Bar No. 999229 | 229 Peachtree Street, N.E.<br>800 International Tower<br>Atlanta, Georgia 30303<br>(404) 659-6700<br>(404) 222-9718 (facsimile)<br>swilson@elarbeethompson.com<br>anthony@elarbeethompson.com |
| 1100 Peachtree Street, N.E.<br>Suite 500<br>Atlanta, GA 30309<br>(404) 214-01020<br>(404) 214-0125 (facsímile)<br>ben@bf-llp.com<br>amanda@bf-llp.com<br>abigail@bf-llp.com | COUNSEL FOR DEFENDANT |
| COUNSEL FOR PLAINTIFF | |

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| LEROY JACKSON, on behalf of himself and all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> FIRE OF BRAZIL II, LLC d/b/a JALAPENO CHARLIE'S, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action Number: <br><br> 1:14-cv-00174-TWT |

## CERTIFICATE OF SERVICE

I hereby certify that on November 26, 2014, I electronically filed this **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

Benjamin F. Barrett
Amanda A. Farahany
Abigail J. Larimer

*s/ Laura R. Anthony*
Laura R. Anthony
Georgia Bar No. 158667

- 2 -

ELARBEE, THOMPSON, SAPP & WILSON, LLP
229 Peachtree Street, N.E.
800 International Tower
Atlanta, GA 30303
(404) 659-6700
(404) 222-9718 (Facsimile)
Anthony@elarbeethompson.com

Attorney for Defendant